**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 26-cv-20859-DPG**

**WK RECORDS, LLC,**

    **Plaintiff,**

**v.**

**UPDATE MUSIC CORP.,**

    **Defendant**.

_____/

## **ORDER**

**THIS CAUSE** comes before the Court on Motion to Withdraw as Counsel for Defendant (the "Motion"). [ECF No. 13]. The Court, having reviewed the Motion and being otherwise fully advised on the premises, hereby **ORDERS AND ADJUDGES** as follows:

1. The Motion is **GRANTED**.

2. Michael McCormick and Kendrick Almaguer are permitted to withdraw as Defendant's counsel of record in this action.

3. Within **twenty (20) days** of the entry of this Order, Defendant shall retain new counsel, who shall file a Notice of Appearance in this action.

4. If Defendant fails to retain new counsel, Plaintiff shall move for default.

5. All documents, correspondence, pleadings, motions, and other filings shall be served on Defendant Update Music Corp. at this business address: Update Music Corp., c/o Roberto Martinez Monte, Verde Real 11 Calle Veredas San Juan, Puerto Rico 00926, and via electronic mail at updatepr@gmail.com.

2

6.    Within **two (2) days** of the entry of this Order, Michael McCormick and Kendrick

Almaguer shall provide a copy of this Order to Defendant Update Music Corp.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 7th day of May, 2026.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE